■ KATHLEEN M. GRECO, Appellant, v MICHAEL A. GRECO, Respondent. [6 NYS3d 494]—Appeal, by permission, from an order of the Supreme Court, Orange County (Maria Vasquez-Doles, J.), dated September 3, 2014. The order, insofar as appealed from, granted the defendant's oral application to direct the removal of the plaintiff's adult daughter from the marital residence.

Ordered that the order is reversed insofar as appealed from, on the law, with costs, and the defendant's oral application to direct the removal of the plaintiff's adult daughter from the marital residence is denied.

Since the plaintiff's adult daughter is not a party to the instant action for a divorce and ancillary relief, and in light of the fact that the plaintiff's use of the marital home has not been curtailed in any fashion during the pendency of the action, it was improper for the Supreme Court to grant the defendant's oral application to direct the removal of the plaintiff's adult daughter from the marital residence during the pendency of the action (*cf. Joseph v Joseph*, 230 AD2d 716, 717 [1996]; *Wolfe v Wolfe*, 111 AD2d 809, 810 [1985]). Mastro, J.P., Skelos, Dickerson and LaSalle, JJ., concur.